Form 195 − ntchrgdsclstat

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  20−14587−MBK
Chapter:  11
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robert Alvarez<br>11 Beryl Court<br>Kendall Park, NJ 08824−1201 | Yanirys C Diaz−Alvarez<br>fka Yanirys D. Diaz<br>11 Beryl Court<br>Kendall Park, NJ 08824−1201 |

Social Security No.:
   xxx−xx−3522                                                                  xxx−xx−7972

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISCLOSURE STATEMENT

A Disclosure Statement was filed by Robert Alvarez AND Yanirys C Diaz−Alvarez on October 29, 2020 , pursuant to Fed. R. Bankr. P. 3016.

The Court shall conduct a hearing as to the adequacy of such statement before Honorable Michael B. Kaplan on :

Date:                 December 10, 2020
Time:                        10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Copies of the Disclosure Statement have been provided to the United States Trustee, the attorney and Chairman of the Creditors Committee, if any, the Trustee, if any, and the Securities and Exchange Commission. A copy is also on file with the Clerk of the United States Bankruptcy Court and may be reviewed during regular business hours.

Objections to the Disclosure Statement shall be in writing and filed with the Clerk of the Bankruptcy Court and served upon the attorney and the Chairman of the Creditors Committee, if any, no later than 14 days before the date of the hearing scheduled above.

To request copies of the Disclosure Statement, contact the proponent of the Disclosure Statement at:

Justin M Gillman
Gillman, Bruton & Capone, LLC
770 Amboy Ave
Edison, NJ 08837
732−661−1664
Fax : 732−661−1707
Email: ecf@gbclawgroup.com

Dated: October 30, 2020
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-14587-MBK

Robert Alvarez  Chapter 11

Yanirys C Diaz-Alvarez

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 5
Date Rcvd: Oct 30, 2020  Form ID: 195  Total Noticed: 82

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Robert Alvarez, Yanirys C Diaz-Alvarez, 11 Beryl Court, Kendall Park, NJ 08824-1201 |
| acc | + | Jampol Kinney, Twelve Crown Plaza, Suite 103, Hazlet, NJ 07730-2441 |
| cr | + | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Wilmington Savings Fund Society, c/o Saldutti Law Group, 800 N. Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 518769295 | + | Alvarez Investments, LLC, 37 Easton Avenue, New Brunswick, NJ 08901-1830 |
| 518769298 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518769300 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518769302 | + | Andrea Dobin, Esq., McManimon Scotland & Baumann, LLC, 427 Riverview Plaza, Trenton, NJ 08611-3420 |
| 518769306 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 518769304 | | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27410 |
| 518769309 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 518769308 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518769310 | | Barry Sharer, Chapter 7 Trustee, Trenton, NJ 08611 |
| 518769322 | + | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518769320 | + | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518769325 | + | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518769324 | + | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518769328 | + | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 518769329 | + | Costco Anywhere Visa Card, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 518769344 | + | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 518769342 | + | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 518769346 | | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 518769347 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 518769348 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 518769349 | + | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 518769350 | + | First Mark Services, First Mark Services, Po Box 82522, Lincoln, NE 68501-2522 |
| 518769351 | + | First Mark Services, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 518769352 | + | Glelsi/stdt Loan Xpres, 2401 International Lane, Madison, WI 53704-3121 |
| 518812082 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 518769354 | + | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 518769393 | + | PNC Bank, Po Box 3180, Pittsburgh, PA 15230-3180 |
| 518769391 | + | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101-4982 |
| 518838055 | + | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101-4982 |
| 518769397 | | Raymour & Flanigan, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 518769400 | + | Saldutti Law Group, 800 Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 518769401 | + | Shree at New Brunswick, LLC, c/o Barry Sharer, Ch. 7 Trustee, Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| 518769402 | + | Slexp/glhec, 2401 International Lane, Madison, WI 53704-3121 |
| 518769403 | + | Sofi Lending Corp, Attn: Bankruptcy, 375 Healdsburg Avenue Suite 280, Healdsburg, CA 95448-4151 |
| 518769407 | | State of New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518769415 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, 4 Gatehall Dr, Parsippany, NJ 07054 |
| 518769413 | | Toyota Financial Services, 111 W 22nd St, Oakbrook, IL 60521 |
| 518769414 | + | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Oct 30, 2020 | Form ID: 195 | Total Noticed: 82 |

| | | |
|---|---|---|
| 518810205 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518769416 | | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 518769417 | + | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 518769422 | + | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 518769428 | + | Wells Fargo Dealer Services, Po Box 10709, Raleigh, NC 27605-0709 |
| 518769427 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 518769429 | + | Wilmington Savings Fund Society, 53 E Main Street, Moorestown, NJ 08057-3309 |

TOTAL: 49

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 30 2020 21:20:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 30 2020 21:20:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 30 2020 21:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518769293 | + | Email/Text: bankruptcycare@affinityfcu.com | Oct 30 2020 21:20:00 | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 518769294 | + | Email/Text: bankruptcycare@affinityfcu.com | Oct 30 2020 21:20:00 | Affinity Federal Credit Union, 73 Mountain View Blvd, Basking Ridge, NJ 07920-2332 |
| 518769398 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 30 2020 21:19:00 | RBS Citizens Cc, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 518769399 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 30 2020 21:19:00 | RBS Citizens Cc, 1000 Lafayette Blvd, Bridgeport, CT 06604 |
| 518800051 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 30 2020 21:19:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 518769311 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 30 2020 21:08:57 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518769312 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 30 2020 21:07:44 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518769313 | + | Email/Text: collections@cjfcu.org | Oct 30 2020 21:19:00 | Central Jersey Fcu, 123 Green Street, Woodbridge, NJ 07095-3066 |
| 518769326 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 30 2020 21:20:00 | Comenity Bank / The Limited, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518769327 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 30 2020 21:20:00 | Comenity Bank / The Limited, Po Box 182789, Columbus, OH 43218-2789 |
| 518769330 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 30 2020 21:20:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518769336 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 30 2020 21:20:00 | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518769316 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 30 2020 21:08:55 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518769318 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 30 2020 21:07:42 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518769355 | + | Email/PDF: pa_dc_claims@navient.com | Oct 30 2020 21:10:16 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518769360 | + | Email/PDF: pa_dc_claims@navient.com | Oct 30 2020 21:09:01 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 518769365 | + | Email/PDF: pa_dc_claims@navient.com | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Oct 30 2020 21:07:49 | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769377 | + | Email/PDF: pa_dc_claims@navient.com | | |
|  |  |  | Oct 30 2020 21:09:01 | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769389 |  | Email/Text: bkrgeneric@penfed.org | | |
|  |  |  | Oct 30 2020 21:19:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, Po Box 1432, Alexandria, VA 22313 |
| 518769390 | + | Email/Text: bkrgeneric@penfed.org | | |
|  |  |  | Oct 30 2020 21:19:00 | Pentagon Federal Credit Union, 1001 N Fairfax St, Alexandria, VA 22314-1797 |
| 518806058 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
|  |  |  | Oct 30 2020 21:21:00 | QUICKEN LOANS INC., QUICKEN LOANS INC., BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518769395 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
|  |  |  | Oct 30 2020 21:21:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-1906 |
| 518769396 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
|  |  |  | Oct 30 2020 21:21:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-1906 |
| 518844631 |  | Email/Text: lhunsaker@sofi.org | | |
|  |  |  | Oct 30 2020 21:19:00 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121 |
| 518769404 | + | Email/Text: specialservicing@sofi.com | | |
|  |  |  | Oct 30 2020 21:21:00 | Sofi Lending Corp, One Letterman Drive, San Francisco, CA 94129-1512 |
| 518769405 | + | Email/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com | | |
|  |  |  | Oct 30 2020 21:20:00 | State Farm Financial S, 1 State Farm Plaza, Bloomington, IL 61710-0001 |
| 518769406 |  | Email/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com | | |
|  |  |  | Oct 30 2020 21:20:00 | State Farm Financial S, Attn Credit Reporting, Bloomington, IL 61702 |
| 518769408 | + | Email/PDF: gecsedi@recoverycorp.com | | |
|  |  |  | Oct 30 2020 21:08:53 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518769409 | + | Email/PDF: gecsedi@recoverycorp.com | | |
|  |  |  | Oct 30 2020 21:07:40 | Synchrony/Ashley Furniture Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518836419 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
|  |  |  | Oct 30 2020 21:09:08 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518769296 | *+ | Alvarez Investments, LLC, 37 Easton Avenue, New Brunswick, NJ 08901-1830 |
| 518769297 | *+ | Alvarez Investments, LLC, 37 Easton Avenue, New Brunswick, NJ 08901-1830 |
| 518769299 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518769301 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518769303 | *+ | Andrea Dobin, Esq., McManimon Scotland & Baumann, LLC, 427 Riverview Plaza, Trenton, NJ 08611-3420 |
| 518769307 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 518769305 | * | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27410 |
| 518769314 | *+ | Central Jersey Fcu, 123 Green Street, Woodbridge, NJ 07095-3066 |
| 518769315 | *+ | Central Jersey Fcu, 123 Green Street, Woodbridge, NJ 07095-3066 |
| 518769323 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518769321 | *+ | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518769331 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518769332 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518769333 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518769334 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518769335 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518769337 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518769338 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 30, 2020 | Form ID: 195 | Total Noticed: 82 |

| | | |
|---|---|---|
| 518769339 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518769340 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518769341 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518769345 | *+ | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 518769343 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 518769353 | * | Internal Revenue Service (IRS), Department of Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518769317 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518769319 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518769356 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518769357 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518769358 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518769359 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518769361 | *+ | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 518769362 | *+ | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 518769363 | *+ | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 518769364 | *+ | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 518769366 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769367 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769368 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769369 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769370 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769371 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769372 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769373 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769374 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769375 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769376 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769382 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769383 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769384 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769385 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769386 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769387 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769388 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769378 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769379 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769380 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769381 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769394 | *+ | PNC Bank, Po Box 3180, Pittsburgh, PA 15230-3180 |
| 518769392 | *+ | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101-4982 |
| 518769410 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 518769411 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 518769412 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Atty: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 518769423 | *+ | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 518769424 | *+ | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 518769425 | *+ | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 518769426 | *+ | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 518769418 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 518769419 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 518769420 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 518769421 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| jdb | * | Yanirys C Diaz-Alvarez, 11 Beryl Court, Kendall Park, NJ 08824-1201 |

TOTAL: 0 Undeliverable, 70 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2020                Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew L. Spivack | on behalf of Creditor QUICKEN LOANS INC. andrew.spivack@brockandscott.com |
| Brian J. Schaffer | on behalf of Creditor Wilmington Savings Fund Society bschaffer@slgcollect.com  kcollins@slgcollect.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Justin M Gillman | on behalf of Debtor Robert Alvarez ecf@gbclawgroup.com R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Justin M Gillman | on behalf of Joint Debtor Yanirys C Diaz-Alvarez ecf@gbclawgroup.com R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Rebecca K. McDowell | on behalf of Creditor Wilmington Savings Fund Society rmcdowell@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8