UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, NJ 08837
(732) 661-1664
Attorney for Debtor
By: Justin M. Gillman, Esq.

| | |
|---|---|
| In Re: | Case No.: 20-14587 |
| Robert Alvarez<br>Yanirys Diaz-Alvarez | Judge:    MBK |
| | Chapter:    13 |
| Debtors | Hearing Date: 12/10/2020 |

## CERTIFICATION OF SERVICE

1.  I, Shannon Haganey, am the paralegal for Justin M. Gillman, Esq., who represents the Debtor in the above-captioned matter.

2.  On November 4, 2020, copies of the following pleadings and/or documents to the parties listed in the chart below:

Original Disclosure Statement Describing
Chapter 11 Plan of Reorginization Proposed by the Debtors, and
Order and Notice on Disclosure Statement scheduling the hearing
on the adequacy of the Disclosure Statement for December 10,
2020 at 10:00 a.m.

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>November 4, 2020</u>                    <u>/s/ Shannon Haganey</u>
                                                Shannon Haganey

| Name & Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Maggie McGee, Esq.<br>Office of U.S. Trustee<br>1 Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee's Office | Regular Mail |
| Rebecca K. McDowell<br>SALDUTTI LAW GROUP<br>800 KINGS HWY N STE 300<br>CHERRY HILL NJ 08034-1511 | Attorneys for Wilmington Savings Bank | Regular Mail |
| Denise Carlon Esquire<br>KML Law Group, P.C. 701 Market Street, Suite 5000 Philadelphia, PA 19106 | Attorneys for Quicken Loans | Regular Mail |
| Robertson, Anschutz & Schmid, PL<br>6409 Compass Avenue, Suite 100<br>Boca Raton, FL 33487 | Attorney for Chase | Regular Mail |
| COSTCO ANYWHERE VISA CARD<br>ATTN: MANAGING AGENT/PERSON AUTHORIZED TO ACCEPT SERVICE<br>PO BOX 6500<br>SIOUX FALLS SD 57117-6500 | Creditor | Regular Mail |
| JP MORGAN CHASE<br>ATTN: MANAGING AGENT/PERSON AUTHORIZED TO ACCEPT SERVICE<br>700 KANSAS LN<br>MONROE LA 71203-4774 | Creditor | Regular Mail |
| PNC BANK NA<br>ATTN: MANAGING AGENT/PERSON AUTHORIZED TO ACCEPT SERVICE<br>PO BOX 94982<br>CLEVELAND OH 44101-4982 | Creditor | Regular Mail |
| Verizon Wireless Bankruptcy Administration<br>Attn: Managing Agent/Person Authorized to Accept Service<br>500 Technology Drive<br>Suite 550<br>Weldon Spring, MO 63304 | Creditor | Regular Mail |

|  |  |  |
|---|---|---|
| Citizens Bank<br>Attn: Managing Agent/Person Authorized<br>to Accept Service<br>One Citizens Bank Way Mailstop JCA115<br>Johnston RI 02919 | Creditor | Regular Mail |
| TOYOTA MOTOR CREDIT<br>ATTN: MANAGING AGENT/PERSON AUTHORIZED TO ACCEPT SERVICE<br>PO BOX 9013<br>ADDISON TX 75001-9013 | Creditor | Regular Mail |
| SOFI LENDING CORP<br>ATTN: MANAGING AGENT/PERSON AUTHORIZED TO ACCEPT SERVICE<br>2750 E COTTONWOOD PKWY STE 300<br>SALT LAKE CITY UT 84121-7285 | Creditor | Regular Mail |
| Mobela/Dept of Ed<br>ATTN: MANAGING AGENT/PERSON AUTHORIZED TO ACCEPT SERVICE<br>633 Spirit Drive<br>Chesterfield, MO 63005 | Creditor | Regular Mail |
| FedLoan Servicing<br>ATTN: MANAGING AGENT/PERSON AUTHORIZED TO ACCEPT SERVICE<br>PO BOX 69184<br>HARRISBURG PA 17106-9184 | Creditor | Regular Mail |
| First Mark Services<br>ATTN: MANAGING AGENT/PERSON AUTHORIZED TO ACCEPT SERVICE<br>121 South 13th Street<br>Lincoln, NE 68508 | Creditor | Regular Mail |