UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, NJ 08837
(732) 661-1664
Attorney for the Debtor(s)

By: Justin M. Gillman, Esq.

In Re:

Robert Alvarez
Yanirys Diaz-Alvarez

Case No.: __20-14587__

Adv. Pro. No.: _____

Chapter: __11__

Hearing Date: __12/10/2020__

Judge: __MBK__

## ADJOURNMENT REQUEST

1. I, __Justin M. Gillman, Esq.__,

   ☒ am the attorney for: __Debtors__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Hearing on adequacy of Disclosure Statement

   Current hearing date and time: 12/10/20 at 10:00 a.m.

   New date requested: 1/21/2021

   Reason for adjournment request: To address US Trustee's office objection.

   _____

2. Consent to adjournment:

   ☒ I have the consent of all parties.     ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 12/8/2020                                          /s/ Justin M. Gillman
                                                          Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 1/21/21 at 10:00 am            ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*