UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, NJ 08837
(732) 661-1664
Attorney for the Debtor(s)

By: Justin M. Gillman, Esq.

In Re:

Robert Alvarez
Yanirys Diaz-Alvarez

Case No.: 20-14587

Adv. Pro. No.: _____

Chapter: 11

Hearing Date: 3/4/2021

Judge: MBK

## ADJOURNMENT REQUEST

1.  I, __Justin M. Gillman, Esq.__,

    ☒ am the attorney for: __Debtors__,

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Hearing on adequacy of Disclosure Statement

    Current hearing date and time: 3/4/2021 @ 10:00 a.m.

    New date requested: 4/1/21

    Reason for adjournment request: To allow the U.S. Trustee's office and all interested parties to review Amended Disclosure Statement and Plan

2.  Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 3/2/2021 _____          /s/ Justin M. Gillman_____
                                                 Signature

**COURT USE ONLY:**

The request for adjournment is:

[x] Granted           New hearing date:  4/1/21 at 10:00 a.m.          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*