Form 170 − ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−14587−MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert Alvarez
11 Beryl Court
Kendall Park, NJ 08824−1201

Yanirys C Diaz−Alvarez
fka Yanirys D. Diaz
11 Beryl Court
Kendall Park, NJ 08824−1201

Social Security No.:
xxx−xx−3522

xxx−xx−7972

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑ A Motion to Dismiss has been filed by Margaret Mcgee on behalf of U.S. Trustee..

☐ An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

☐ The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

☐ The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

☐ The corporate debtor is self−represented.

☐ Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Michael B. Kaplan on,

Date: 4/29/21
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Dated: April 1, 2021
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Robert Alvarez  
Yanirys C Diaz-Alvarez  
    Debtors

Case No. 20-14587-MBK  
Chapter 11

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Apr 01, 2021 | Form ID: 170 | Total Noticed: 82 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Robert Alvarez, Yanirys C Diaz-Alvarez, 11 Beryl Court, Kendall Park, NJ 08824-1201 |
| acc | + | Jampol Kinney, Twelve Crown Plaza, Suite 103, Hazlet, NJ 07730-2441 |
| cr | + | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Wilmington Savings Fund Society, c/o Saldutti Law Group, 800 N. Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 518769295 | + | Alvarez Investments, LLC, 37 Easton Avenue, New Brunswick, NJ 08901-1830 |
| 518769300 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518769298 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518769302 | + | Andrea Dobin, Esq., McManimon Scotland & Baumann, LLC, 427 Riverview Plaza, Trenton, NJ 08611-3420 |
| 518769306 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 518769304 | | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27410 |
| 518769309 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 518769308 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518769310 | | Barry Sharer, Chapter 7 Trustee, Trenton, NJ 08611 |
| 518769329 | + | Costco Anywhere Visa Card, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 518769328 | + | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 518769344 | + | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 518769342 | + | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 518769346 | | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 518769347 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 518769348 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 518769349 | + | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 518769350 | + | First Mark Services, First Mark Services, Po Box 82522, Lincoln, NE 68501-2522 |
| 518769351 | + | First Mark Services, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 518769352 | + | Glelsi/stdt Loan Xpres, 2401 International Lane, Madison, WI 53704-3121 |
| 518812082 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 518769354 | + | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 518769397 | | Raymour & Flanigan, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 518769400 | + | Saldutti Law Group, 800 Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 518769401 | + | Shree at New Brunswick, LLC, c/o Barry Sharer, Ch. 7 Trustee, Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| 518769402 | + | Slexp/glhec, 2401 International Lane, Madison, WI 53704-3121 |
| 518769403 | + | Sofi Lending Corp, Attn: Bankruptcy, 375 Healdsburg Avenue Suite 280, Healdsburg, CA 95448-4151 |
| 518769407 | | State of New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518769415 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, 4 Gatehall Dr, Parsippany, NJ 07054 |
| 518769414 | + | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 518769413 | | Toyota Financial Services, 111 W 22nd St, Oakbrook, IL 60521 |
| 518810205 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518769416 | | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 518769417 | + | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 518769422 | + | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 518769428 | + | Wells Fargo Dealer Services, Po Box 10709, Raleigh, NC 27605-0709 |
| 518769427 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 518769429 | + | Wilmington Savings Fund Society, 53 E Main Street, Moorestown, NJ 08057-3309 |

| | | | |
|---|---|---|---|
| District/off: 0312-3 | User: admin | | Page 2 of 5 |
| Date Rcvd: Apr 01, 2021 | Form ID: 170 | | Total Noticed: 82 |
| TOTAL: 42 | | | |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 01 2021 21:56:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Apr 01 2021 21:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 01 2021 21:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518769293 | + Email/Text: bankruptcycare@affinityfcu.com | Apr 01 2021 21:56:00 | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 518769294 | + Email/Text: bankruptcycare@affinityfcu.com | Apr 01 2021 21:56:00 | Affinity Federal Credit Union, 73 Mountain View Blvd, Basking Ridge, NJ 07920-2332 |
| 518769398 | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 01 2021 21:55:00 | RBS Citizens Cc, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 518769399 | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 01 2021 21:55:00 | RBS Citizens Cc, 1000 Lafayette Blvd, Bridgeport, CT 06604 |
| 518800051 | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 01 2021 21:55:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 518769311 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 02 2021 00:26:55 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518769312 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 02 2021 00:00:50 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518769313 | + Email/Text: collections@cjfcu.org | Apr 01 2021 21:55:00 | Central Jersey Fcu, 123 Green Street, Woodbridge, NJ 07095-3066 |
| 518769322 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 02 2021 00:14:29 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518769320 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 02 2021 00:27:29 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518769324 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 02 2021 00:01:26 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518769325 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 02 2021 00:01:22 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518769326 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 01 2021 21:57:00 | Comenity Bank / The Limited, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518769327 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 01 2021 21:57:00 | Comenity Bank / The Limited, Po Box 182789, Columbus, OH 43218-2789 |
| 518769330 | + Email/Text: electronicbkydocs@nelnet.net | Apr 01 2021 21:57:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518769336 | + Email/Text: electronicbkydocs@nelnet.net | Apr 01 2021 21:57:00 | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518769316 | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 02 2021 00:00:46 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518769318 | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 02 2021 00:00:45 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518769355 | + Email/PDF: pa_dc_claims@navient.com | Apr 02 2021 00:27:32 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518769360 | + Email/PDF: pa_dc_claims@navient.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 02 2021 00:14:35 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 518769365 | + | Email/PDF: pa_dc_claims@navient.com | Apr 02 2021 00:01:28 | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769377 | + | Email/PDF: pa_dc_claims@navient.com | Apr 02 2021 00:27:33 | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769389 | | Email/Text: bkrgeneric@penfed.org | Apr 01 2021 21:55:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, Po Box 1432, Alexandria, VA 22313 |
| 518769391 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 01 2021 21:56:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518769393 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 01 2021 21:56:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518838055 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 01 2021 21:56:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 518769390 | + | Email/Text: bkrgeneric@penfed.org | Apr 01 2021 21:55:00 | Pentagon Federal Credit Union, 1001 N Fairfax St, Alexandria, VA 22314-1797 |
| 518806058 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 01 2021 21:58:00 | QUICKEN LOANS INC., QUICKEN LOANS INC., BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518769395 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 01 2021 21:58:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 518769396 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 01 2021 21:58:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 518844631 | | Email/Text: lhunsaker@sofi.org | Apr 01 2021 21:55:00 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121 |
| 518769404 | + | Email/Text: specialservicing@sofi.com | Apr 01 2021 21:58:00 | Sofi Lending Corp, One Letterman Drive, San Francisco, CA 94129-1512 |
| 518769405 | + | Email/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com | Apr 01 2021 21:57:00 | State Farm Financial S, 1 State Farm Plaza, Bloomington, IL 61710-0001 |
| 518769406 | | Email/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com | Apr 01 2021 21:57:00 | State Farm Financial S, Attn Credit Reporting, Bloomington, IL 61702 |
| 518769408 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 02 2021 00:00:34 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518769409 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 02 2021 00:13:18 | Synchrony/Ashley Furniture Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518836419 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 02 2021 00:01:59 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518769296 | *+ | Alvarez Investments, LLC, 37 Easton Avenue, New Brunswick, NJ 08901-1830 |
| 518769297 | *+ | Alvarez Investments, LLC, 37 Easton Avenue, New Brunswick, NJ 08901-1830 |
| 518769299 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518769301 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518769303 | *+ | Andrea Dobin, Esq., McManimon Scotland & Baumann, LLC, 427 Riverview Plaza, Trenton, NJ 08611-3420 |
| 518769307 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 518769305 | * | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27410 |
| 518769314 | *+ | Central Jersey Fcu, 123 Green Street, Woodbridge, NJ 07095-3066 |
| 518769315 | *+ | Central Jersey Fcu, 123 Green Street, Woodbridge, NJ 07095-3066 |

Case 20-14587-MBK    Doc 67    Filed 04/03/21    Entered 04/04/21 00:26:03    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 01, 2021 | Form ID: 170 | Total Noticed: 82 |

| | | |
|---|---|---|
| 518769323 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518769321 | *+ | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518769331 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518769332 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518769333 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518769334 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518769335 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518769337 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518769338 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518769339 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518769340 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518769341 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518769345 | *+ | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 518769343 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 518769353 | * | Internal Revenue Service (IRS), Department of Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518769317 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518769319 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518769356 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518769357 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518769358 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518769359 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518769361 | *+ | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 518769362 | *+ | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 518769363 | *+ | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 518769364 | *+ | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 518769366 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769367 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769368 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769369 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769370 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769371 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769372 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769373 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769374 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769375 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769376 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769382 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769383 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769384 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769385 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769386 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769387 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769388 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769378 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769379 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769380 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769381 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769392 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518769394 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518769410 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 518769411 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 518769412 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Atty: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 518769423 | *+ | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 518769424 | *+ | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 518769425 | *+ | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 518769426 | *+ | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 518769418 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |

| District/off: 0312-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Apr 01, 2021 | Form ID: 170 | Total Noticed: 82 |

| 518769419 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 518769420 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 518769421 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 0 Undeliverable, 69 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian J. Schaffer | on behalf of Creditor Wilmington Savings Fund Society bschaffer@slgcollect.com  kcollins@slgcollect.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Justin M Gillman | on behalf of Debtor Robert Alvarez ecf@gbclawgroup.com R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Justin M Gillman | on behalf of Joint Debtor Yanirys C Diaz-Alvarez ecf@gbclawgroup.com R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Rebecca K. McDowell | on behalf of Creditor Wilmington Savings Fund Society rmcdowell@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7