UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, NJ 08837
(732) 661-1664
Attorney for the Debtor(s)

By: Justin M. Gillman, Esq.

In Re:

Robert Alvarez
Yanirys Diaz-Alvarez

Case No.: 20-14587

Adv. Pro. No.: _____

Chapter: 11

Hearing Date: 5/6/2021

Judge: MBK

## ADJOURNMENT REQUEST

1. I, Justin M. Gillman, Esq.,

   ☒ am the attorney for: Debtors,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Hearings on adequacy of Disclosure Statement & US Trustee's Motion

   Current hearing date and time: 5/6/2021

   New date requested: 6/24/2021

   Reason for adjournment request: To allow Debtor to file Amended Disclosure Statement and Plan to address objection and allow for notice of amended filings on all parties.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 5/5/2021                              /s/ Justin M. Gillman
                                            Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted           New hearing date: 6/24/21 at 10:00 am          ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*