

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on July 1, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | |
| Robert Alvarez and Yanirys C Diaz-Alvarez | |

| | |
|---|---|
| Case No.: | 20-14587 |
| Hearing Date: | 8/5/2021 at 10:00 am |
| Judge: | Michael B. Kaplan |
| Chapter: | 11 |

### ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 1, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A disclosure statement under Chapter 11 of the Bankruptcy Code having been filed by
_____Justin M Gillman_____ on _____10/29/2020_____ referring to a plan under Chapter 11 of the Code; and

It having been determined after hearing on notice, that the disclosure statement contains adequate information, it is

ORDERED and notice is hereby given, that:

A.      The disclosure statement, dated _____10/29/2020_____ is approved.

B.      Within 14 days after entry of this order, copies of this order, the approved disclosure statement and the plan, together with a ballot conforming to Official Form 14, shall be mailed by the plan proponent to all creditors, equity security holders and other parties in interest as provided by Fed. R. Bankr. P. 3017(d).

C.      Written acceptances, rejections or objections to the plan referred to above shall be filed with the attorney for the plan proponent not less than seven (7) days before the hearing on confirmation of the plan.

D.      _____August 5, 2021_____ at __10:00 am___ is fixed as the date and time for the hearing on confirmation of the plan.

*rev.12/1/09*

2