UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, NJ 08837
(732) 661-1664
Attorney for Debtor
By: Justin M. Gillman, Esq.

**Order Filed on August 6, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Robert Alvarez and
    Yanirys C. Diaz-Alvarez,

           Debtors

Case No.: Case No. 20-14587 (MBK)

Chapter 11

Hearing Date: August 5, 2021

Judge: Hon. Michael B. Kaplan

## ORDER CONFIRMING DEBTOR'S CHAPTER 11 PLAN OF <u>REORGANIZATION</u>

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED.**

**DATED: August 6, 2021**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re: Robert Alvarez and Yanirys C. Diaz-Alvarez
Case No. 20-14587 (MBK)
Caption of Order: ORDER CONFIRMING DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION

The hearing on confirmation of the Debtors' Second Modified Chapter 11 Plan of Reorganization, which Plan was filed on May 12, 2021 (Docket No. 75), was conducted August 5, 2021. There were no Objections filed to the Debtors' Plan. In addition to the statements made by counsel for the Debtors at the hearing, the Court considered the 11 U.S.C. §1129 Certification filed by the Debtors in support of their request for confirmation, as well as the Certification of Balloting filed by counsel for the Debtors, and for good cause shown;

WHEREAS on July 1, 2021, the Court having entered an Order Approving the Debtors' Second Modified Disclosure Statement which was filed on May 12, 2021 (Docket No. 74);

**It is hereby ADJUDGED AND ORDERED as follows:**

1.  The Debtors' Second Modified Chapter 11 Plan of Reorganization, which Plan was filed on May 12, 2021 (Docket No. 75), meets and satisfies the applicable requirements of 11 U.S.C. §1129 and that Plan of Reorganization is hereby confirmed pursuant to 11 U.S.C. §1129(a).

2.  Pursuant to 11 U.S.C. §1141(d)(5), the Debtors shall not receive a discharge until all payments due and owing under the terms of the confirmed Plan of Reorganization have been made and the Plan completed.

3.  In accordance with the policy in this Circuit, the Clerk shall close the case, in the normal course, pursuant to D.N.J. LBR 3022-1. The Debtors may upon completion

In re: Robert Alvarez and Yanirys C. Diaz-Alvarez
Case No. 20-14587 (MBK)
Caption of Order: ORDER CONFIRMING DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION

of the Plan, move to have the Chapter 11 case reopened to obtain their discharge. No filing fee will be assessed for the reopening of the case for this purpose.