| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Gillman, Bruton & Capone, LLC<br>770 Amboy Avenue<br>Edison, NJ 08837<br>(732) 661-1664<br>Attorney for Debtor<br>By: Justin M. Gillman, Esq. | Order Filed on August 6, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>    Robert Alvarez and<br>    Yanirys C. Diaz-Alvarez,<br><br>                  Debtors | Case No.: Case No. 20-14587 (MBK)<br><br>Chapter 11<br><br>Hearing Date: August 5, 2021<br><br>Judge: Hon. Michael B. Kaplan |

## ORDER CONFIRMING DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED.**

**DATED: August 6, 2021**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

In re: Robert Alvarez and Yanirys C. Diaz-Alvarez
Case No. 20-14587 (MBK)
Caption of Order: ORDER CONFIRMING DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION

The hearing on confirmation of the Debtors' Second Modified Chapter 11 Plan of Reorganization, which Plan was filed on May 12, 2021 (Docket No. 75), was conducted August 5, 2021. There were no Objections filed to the Debtors' Plan.  In addition to the statements made by counsel for the Debtors at the hearing, the Court considered the 11 U.S.C. §1129 Certification filed by the Debtors in support of their request for confirmation, as well as the Certification of Balloting filed by counsel for the Debtors, and for good cause shown;

WHEREAS on July 1, 2021, the Court having entered an Order Approving the Debtors' Second Modified Disclosure Statement which was filed on May 12, 2021 (Docket No. 74);

**It is hereby ADJUDGED AND ORDERED as follows:**

1. The Debtors' Second Modified Chapter 11 Plan of Reorganization, which Plan was filed on May 12, 2021 (Docket No. 75), meets and satisfies the applicable requirements of 11 U.S.C. §1129 and that Plan of Reorganization is hereby confirmed pursuant to 11 U.S.C. §1129(a).

2. Pursuant to 11 U.S.C. §1141(d)(5), the Debtors shall not receive a discharge until all payments due and owing under the terms of the confirmed Plan of Reorganization have been made and the Plan completed.

3. In accordance with the policy in this Circuit, the Clerk shall close the case, in the normal course, pursuant to D.N.J. LBR 3022-1. The Debtors may upon completion

In re: Robert Alvarez and Yanirys C. Diaz-Alvarez
Case No. 20-14587 (MBK)
Caption of Order: ORDER CONFIRMING DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION

of the Plan, move to have the Chapter 11 case reopened to obtain their discharge. No filing

fee will be assessed for the reopening of the case for this purpose.

United States Bankruptcy Court

District of New Jersey

In re:  
Robert Alvarez  
Yanirys C Diaz-Alvarez  
    Debtors

Case No. 20-14587-MBK  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Aug 06, 2021      Form ID: pdf903      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Robert Alvarez, Yanirys C Diaz-Alvarez, 11 Beryl Court, Kendall Park, NJ 08824-1201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 08, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian J. Schaffer | on behalf of Creditor Wilmington Savings Fund Society bschaffer@slgcollect.com kcollins@slgcollect.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Justin M Gillman | on behalf of Debtor Robert Alvarez ecf@gbclawgroup.com R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Justin M Gillman | on behalf of Joint Debtor Yanirys C Diaz-Alvarez ecf@gbclawgroup.com R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Rebecca K. McDowell | on behalf of Creditor Wilmington Savings Fund Society rmcdowell@slgcollect.com |
| U.S. Trustee | |

District/off: 0312-3　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Aug 06, 2021　　　　　　　　　　　Form ID: pdf903　　　　　　　　　　　　Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7