Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−14587−MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert Alvarez                                        Yanirys C Diaz−Alvarez
   11 Beryl Court                                        fka Yanirys D. Diaz
   Kendall Park, NJ 08824−1201            11 Beryl Court
                                                           Kendall Park, NJ 08824−1201

Social Security No.:
   xxx−xx−3522                                        xxx−xx−7972

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:        9/23/21
Time:       10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Justin M Gillman, Debtor's Attorney,

COMMISSION OR FEES
fee: $44655.00

EXPENSES
expenses: $2099.20

If this is a chapter 13 case, the fees and expenses awarded:

      ☐    will not reduce the amount to be paid to general unsecured
              creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
              creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 24, 2021
JAN:

                                                    Jeanne Naughton
                                                    Clerk

Case 20-14587-MBK    Doc 92    Filed 08/26/21    Entered 08/27/21 00:13:11    Desc Imaged
Certificate of Notice    Page 2 of 7

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-14587-MBK
Robert Alvarez  Chapter 11
Yanirys C Diaz-Alvarez
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 5
Date Rcvd: Aug 24, 2021  Form ID: 137  Total Noticed: 83

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Robert Alvarez, 11 Beryl Court, Kendall Park, NJ 08824-1201 |
| jdb | | Yanirys C Diaz-Alvarez, 11 Beryl Court, Kendall Park, NJ 08824-1201 |
| acc | + | Jampol Kinney, Twelve Crown Plaza, Suite 103, Hazlet, NJ 07730-2441 |
| cr | + | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Wilmington Savings Fund Society, c/o Saldutti Law Group, 800 N. Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 518769295 | + | Alvarez Investments, LLC, 37 Easton Avenue, New Brunswick, NJ 08901-1830 |
| 518769298 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518769300 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518769302 | + | Andrea Dobin, Esq., McManimon Scotland & Baumann, LLC, 427 Riverview Plaza, Trenton, NJ 08611-3420 |
| 518769306 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 518769304 | | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27410 |
| 518769309 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 518769308 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518769310 | | Barry Sharer, Chapter 7 Trustee, Trenton, NJ 08611 |
| 518769329 | + | Costco Anywhere Visa Card, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 518769328 | + | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 518769344 | + | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 518769342 | + | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 518769346 | | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 518769347 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 518769348 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 518769349 | + | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 518769351 | + | First Mark Services, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 518769350 | + | First Mark Services, First Mark Services, Po Box 82522, Lincoln, NE 68501-2522 |
| 518769352 | + | Glelsi/stdt Loan Xpres, 2401 International Lane, Madison, WI 53704-3121 |
| 518812082 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 518769354 | + | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 518769397 | | Raymour & Flanigan, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 518769400 | + | Saldutti Law Group, 800 Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 518769401 | + | Shree at New Brunswick, LLC, c/o Barry Sharer, Ch. 7 Trustee, Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| 518769402 | + | Slexp/glhec, 2401 International Lane, Madison, WI 53704-3121 |
| 518769403 | + | Sofi Lending Corp, Attn: Bankruptcy, 375 Healdsburg Avenue Suite 280, Healdsburg, CA 95448-4151 |
| 518769406 | | State Farm Financial S, Attn Credit Reporting, Bloomington, IL 61702 |
| 518769407 | | State of New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518769415 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, 4 Gatehall Dr, Parsippany, NJ 07054 |
| 518769414 | + | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 518769413 | | Toyota Financial Services, 111 W 22nd St, Oakbrook, IL 60521 |
| 518810205 | + | Toyota Motor Credit Corporation, PO BOX 9013, Addison, Texas 75001-9013 |
| 518769416 | | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 518769417 | + | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 518769422 | + | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 518769428 | + | Wells Fargo Dealer Services, Po Box 10709, Raleigh, NC 27605-0709 |

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Aug 24, 2021 | Form ID: 137 | Total Noticed: 83 |

| | | |
|---|---|---|
| 518769427 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 518769429 | + | Wilmington Savings Fund Society, 53 E Main Street, Moorestown, NJ 08057-3309 |

TOTAL: 44

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 24 2021 20:21:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Aug 24 2021 20:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 24 2021 20:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518769293 | + Email/Text: bankruptcycare@affinityfcu.com | Aug 24 2021 20:21:00 | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 518769294 | + Email/Text: bankruptcycare@affinityfcu.com | Aug 24 2021 20:21:00 | Affinity Federal Credit Union, 73 Mountain View Blvd, Basking Ridge, NJ 07920-2332 |
| 518769398 | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 24 2021 20:21:00 | RBS Citizens Cc, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 518769399 | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 24 2021 20:21:00 | RBS Citizens Cc, 1000 Lafayette Blvd, Bridgeport, CT 06604 |
| 518800051 | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 24 2021 20:21:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 518769311 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 24 2021 20:30:45 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518769312 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 24 2021 20:30:53 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518769313 | + Email/Text: collections@cjfcu.org | Aug 24 2021 20:21:00 | Central Jersey Fcu, 123 Green Street, Woodbridge, NJ 07095-3066 |
| 518769322 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 24 2021 20:30:48 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518769320 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 24 2021 20:30:55 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518769324 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 24 2021 20:31:02 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518769325 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 24 2021 20:31:02 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518769326 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 24 2021 20:21:00 | Comenity Bank / The Limited, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518769327 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 24 2021 20:21:00 | Comenity Bank / The Limited, Po Box 182789, Columbus, OH 43218-2789 |
| 518769330 | + Email/Text: electronicbkydocs@nelnet.net | Aug 24 2021 20:22:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518769336 | + Email/Text: electronicbkydocs@nelnet.net | Aug 24 2021 20:22:00 | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518769316 | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 24 2021 20:31:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518769318 | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 24 2021 20:30:45 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |

District/off: 0312-3 User: admin Page 3 of 5
Date Rcvd: Aug 24, 2021 Form ID: 137 Total Noticed: 83

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518769405 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Aug 24 2021 20:21:00 | State Farm Financial S, 1 State Farm Plaza, Bloomington, IL 61710 |
| 518769355 | + | Email/PDF: pa_dc_claims@navient.com | Aug 24 2021 20:30:55 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518769360 | + | Email/PDF: pa_dc_claims@navient.com | Aug 24 2021 20:31:02 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 518769365 | + | Email/PDF: pa_dc_claims@navient.com | Aug 24 2021 20:31:02 | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769377 | + | Email/PDF: pa_dc_claims@navient.com | Aug 24 2021 20:31:02 | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769389 | | Email/Text: bkrgeneric@penfed.org | Aug 24 2021 20:21:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, Po Box 1432, Alexandria, VA 22313 |
| 518769391 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 24 2021 20:21:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518769393 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 24 2021 20:21:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518838055 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 24 2021 20:21:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 518769390 | + | Email/Text: bkrgeneric@penfed.org | Aug 24 2021 20:21:00 | Pentagon Federal Credit Union, 1001 N Fairfax St, Alexandria, VA 22314-1797 |
| 518806058 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 24 2021 20:22:00 | QUICKEN LOANS INC., QUICKEN LOANS INC., BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518769395 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 24 2021 20:22:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 518769396 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 24 2021 20:22:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 518844631 | | Email/Text: lhunsaker@sofi.org | Aug 24 2021 20:21:00 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121 |
| 518769404 | + | Email/Text: specialservicing@sofi.com | Aug 24 2021 20:22:00 | Sofi Lending Corp, One Letterman Drive, San Francisco, CA 94129-1512 |
| 518769408 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 24 2021 20:30:53 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518769409 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 24 2021 20:30:52 | Synchrony/Ashley Furniture Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518836419 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 24 2021 20:30:56 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518769296 | *+ | Alvarez Investments, LLC, 37 Easton Avenue, New Brunswick, NJ 08901-1830 |
| 518769297 | *+ | Alvarez Investments, LLC, 37 Easton Avenue, New Brunswick, NJ 08901-1830 |
| 518769299 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518769301 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518769303 | *+ | Andrea Dobin, Esq., McManimon Scotland & Baumann, LLC, 427 Riverview Plaza, Trenton, NJ 08611-3420 |
| 518769307 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 518769305 | * | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27410 |
| 518769314 | *+ | Central Jersey Fcu, 123 Green Street, Woodbridge, NJ 07095-3066 |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 5 |
| Date Rcvd: Aug 24, 2021 | Form ID: 137 | Total Noticed: 83 |

| | | |
|---|---|---|
| 518769315 | *+ | Central Jersey Fcu, 123 Green Street, Woodbridge, NJ 07095-3066 |
| 518769323 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518769321 | *+ | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518769331 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518769332 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518769333 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518769334 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518769335 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518769337 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518769338 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518769339 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518769340 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518769341 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518769345 | *+ | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 518769343 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 518769353 | * | Internal Revenue Service (IRS), Department of Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518769317 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518769319 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518769356 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518769357 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518769358 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518769359 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518769361 | *+ | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 518769362 | *+ | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 518769363 | *+ | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 518769364 | *+ | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 518769366 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769367 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769368 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769369 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769370 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769371 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769372 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769373 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769374 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769375 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769376 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769382 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769383 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769384 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769385 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769386 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769387 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769388 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769378 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769379 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769380 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769381 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769392 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518769394 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518769410 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 518769411 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 518769412 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Atty: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 518769423 | *+ | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 518769424 | *+ | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 518769425 | *+ | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 518769426 | *+ | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |

| District/off: 0312-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Aug 24, 2021 | Form ID: 137 | Total Noticed: 83 |

| | | | |
|---|---|---|---|
| 518769418 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 | |
| 518769419 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 | |
| 518769420 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 | |
| 518769421 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 | |

TOTAL: 0 Undeliverable, 69 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2021                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian J. Schaffer | on behalf of Creditor Wilmington Savings Fund Society bschaffer@slgcollect.com  kcollins@slgcollect.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Justin M Gillman | on behalf of Debtor Robert Alvarez ecf@gbclawgroup.com R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Justin M Gillman | on behalf of Joint Debtor Yanirys C Diaz-Alvarez ecf@gbclawgroup.com R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Rebecca K. McDowell | on behalf of Creditor Wilmington Savings Fund Society rmcdowell@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7