**GILLMAN, BRUTON & CAPONE, LLC**
Justin M. Gillman, Esq.
770 Amboy Avenue
Edison, NJ 08837
Telephone: (732) 661-1664
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

**Order Filed on September 24, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In re:<br><br>Robert Alvarez and<br>Yanirys Diaz-Alvarez,<br><br>Debtor(s). | Chapter 11<br><br>Case No. 20-14587<br><br>Hearing Date: September 23, 2021<br><br>Judge: Michael B. Kaplan |
|---|---|

### ORDER GRANTING FEE APPLICATION

The relief set forth on the following page, numbered two is hereby **ORDERED.**

**DATED: September 24, 2021**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

4823-1679-5895, v. 1

Page 2

Debtor: **Robert Alvarez and Yanirys Diaz-Alvarez**
Case No. **20-14587 MBK**
Caption of Order: **Order Granting Fee Application**

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to all creditors and other parties in interest as required; it is

**ORDERED** that compensation and expenses are allowed as follows:

| **Applicants** | **Commission/Fees** | **Expenses** |
|---|---|---|
| Gillman, Bruton & Capone, LLC (Counsel for Debtors) | $44,655.00 | $2,099.20 |