**GILLMAN, BRUTON & CAPONE, LLC**
Justin M. Gillman, Esq.
770 Amboy Avenue
Edison, NJ 08837
Telephone: (732) 661-1664
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

Order Filed on September 24, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In re: | Chapter 11 |
| --- | --- |
| Robert Alvarez and Yanirys Diaz-Alvarez, | Case No. 20-14587 |
| | Hearing Date: September 23, 2021 |
| Debtor(s). | Judge: Michael B. Kaplan |

### ORDER GRANTING FEE APPLICATION

The relief set forth on the following page, numbered two is hereby **ORDERED.**

DATED: September 24, 2021

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

4823-1679-5895, v. 1

Page 2

Debtor: **Robert Alvarez and Yanirys Diaz-Alvarez**
Case No. **20-14587 MBK**
Caption of Order: **Order Granting Fee Application**

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to all creditors and other parties in interest as required; it is

**ORDERED** that compensation and expenses are allowed as follows:

| Applicants | Commission/Fees | Expenses |
|---|---|---|
| Gillman, Bruton & Capone, LLC (Counsel for Debtors) | $44,655.00 | $2,099.20 |

United States Bankruptcy Court

District of New Jersey

In re:  
Robert Alvarez  
Yanirys C Diaz-Alvarez  
    Debtors

Case No. 20-14587-MBK  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Sep 24, 2021      Form ID: pdf903      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Robert Alvarez, Yanirys C Diaz-Alvarez, 11 Beryl Court, Kendall Park, NJ 08824-1201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 26, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian J. Schaffer | on behalf of Creditor Wilmington Savings Fund Society bschaffer@slgcollect.com kcollins@slgcollect.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Justin M Gillman | on behalf of Debtor Robert Alvarez ecf@gbclawgroup.com R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Justin M Gillman | on behalf of Joint Debtor Yanirys C Diaz-Alvarez ecf@gbclawgroup.com R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Rebecca K. McDowell | on behalf of Creditor Wilmington Savings Fund Society rmcdowell@slgcollect.com |
| U.S. Trustee | |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Sep 24, 2021 | Form ID: pdf903 | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7