UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Justin M. Gillman, Esq. (038891997)
GILLMAN, BRUTON & CAPONE, LLC
770 Amboy Avenue
Edison, New Jersey 08837
(732) 661-1664 (Tel.)
(732) 661-1664 (Fax)
ecf@gbclawgroup.com (E-Mail)
Attorneys for Debtor(s)

In Re:

Robert Alvarez
Yanirys Diaz-Alvarez

Case No.: 20-14587

Chapter: 11

Judge: MBK

## REPORT OF DISTRIBUTIONS
## UNDER CONFIRMED CHAPTER 11 PLAN

Date of Distribution: September 13, 2021      Date Plan Confirmed: August 6, 2021

Check one:   ☒ Initial Distribution
             ☐ Subsequent Distribution

Will future distributions be made under the Plan?   ☒ Yes   ☐ No

Future distributions will be made to (*check all that apply*):

☐ Administrative fees and expenses
☐ Secured claims
☐ Priority secured claims
☒ General unsecured claims
☐ Equity security holders

Anticipated date of next distribution, if known: 12/15/2021

Percentage dividend to general unsecured creditors:

| | |
|---|---|
| Paid in this distribution: | 20.63 % |
| Paid to date: | 20.63 % |
| To be paid after all distributions made under Plan: | 189,000.00 % |

**Summary of Payments Made in This Distribution:**

| | |
|---|---|
| $ 0.00 | Administrative fees and expenses |
| $ 0.00 | Secured claims |
| $ 0.00 | Priority unsecured claims |
| $ 39,000.00 | General unsecured claims |
| $ 0.00 | Equity security holders |
| $ 39,000.00 | TOTAL PAYMENTS MADE IN THIS DISTRIBUTION |

Questions regarding plan distributions may be directed to:

Name: Justin Gillman, Esq.

Company: Gillman, Bruton & Capone, LLC

Address 1: 770 Amboy Avenue

Address 2: _____

City, State, ZIP: Edison, NJ 08837

Telephone: (732) 661-1664

Facsimile: (732) 661-1707

Email: ecf@gbclawgroup.com

Relationship to Plan proponent: Attorney

I certify under penalty of perjury that the above is true.

Date:  10/14/2021                    /s/ Justin Gillman
                                     Disbursing Agent

rev.8/1/15