

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Gillman, Bruton & Capone, LLC<br>770 Amboy Avenue<br>Edison, NJ 08837<br>(732) 661-1664<br>Attorney for Debtor<br>By: Justin M. Gillman, Esq. | Order Filed on October 29, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>    Robert Alvarez and<br>    Yanirys C. Diaz-Alvarez,<br><br>                Debtors | Case No.: Case No. 20-14587 (MBK)<br><br>Chapter 11<br><br>Hearing Date: 10/28/2021<br><br>Judge: Hon. Michael B. Kaplan |

### ORDER TO CLOSE CHAPTER 11 CASE

The relief set forth on the following pages, numbered two (2) and two (2) is hereby

**ORDERED.**

**DATED: October 29, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re: Robert Alvarez and Yanirys C. Diaz-Alvarez
Case No. 20-14587 (MBK)
Caption of Order: ORDER TO CLOSE CHAPTER 11 CASE

 

THIS MATTER having been brought before the Court by way of the Motion of the Debtor, Robert Alvarez and Yanirys C. Diaz-Alvarez, to Close the Chapter 11 case pursuant to 11 U.S.C. § 350(a) and Fed. R. Bankr. P. 3022; Justin M. Gillman, Esq., Gillman Bruton & Capone, LLC, appearing for the Debtors; and Notice of the within Motion having been given and parties having been given timely Notice of the Motion; and the Court having considered the submissions to it; and for Good Cause Shown;

WHEREAS, the Court having found as follows:

IT IS HEREBY ORDERED as follows:

1. THAT the Chapter 11 case is hereby closed pursuant to 11 U.S.C. § 350(a) and Fed. R. Bankr. P. 3022.

2. THAT the Debtors may upon completion of the Plan, move to have the Chapter 11 case reopened to obtain their discharge. No filing fee will be assessed for the reopening of the case for this purpose.