Justin M. Gillman, Esq. (038891997)
**GILLMAN CAPONE LLC**
770 Amboy Avenue
Edison, New Jersey 08837
(732) 661-1664 (Tel.)
(732) 661-1707 (Fax)
ecf@gillmancapone.com (E-Mail)
Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 11 |
|---|---|
| **ROBERT ALVAREZ AND YANIRYS C. DIAZ-ALVAREZ** | Case No. 20-14587 (MBK) |
| | Hearing Date: November 20, 2025 |
| Debtor-in-Possession | Judge: Hon. Michael B. Kaplan |

**CERTIFICATION OF SERVICE**

1. I, Shannon Haganey, am the paralegal for Justin M. Gillman, Esq., who represents the Debtor-in-possession in the above-captioned matter.

2. On October 29, 2025, I did cause copies of the following pleadings and/or documents to be served to the parties listed in the chart below:

> Chapter 11 Individual Debtor's Certification of Completion of Plan Payments and Notice to Creditors

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>October 29, 2025</u>                      <u>/s/ Shannon Haganey</u>
                                                                            Shannon Haganey

| Name & Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Margaret McGee<br>United States Department of Justice<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee's Office | ☐ Hand-Delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☒ Other: Electronic Notice |
| Rebecca K. McDowell, Esq.<br>SALDUTTI LAW GROUP<br>800 KINGS HWY N STE 300<br>CHERRY HILL NJ 08034-1511 | Counsel for Wilmington Savings Fund Society | ☐ Hand-Delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☒ Other: Email |
| Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Counsel for Quicken Loans | ☐ Hand-Delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☒ Other: Email |
| Robertson, Anschutz & Schmid, PL<br>6409 Compass Avenue, Suite 100<br>Boca Raton, FL 33487 | Counsel for Chase | ☐ Hand-Delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☐ Other: Email |
| PNC BANK NA<br>ATTN: MANAGING AGENT/PERSON AUTHORIZED TO ACCEPT SERVICE<br>PO BOX 94982<br>CLEVELAND OH 44101 | Creditor | ☐ Hand-Delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☐ Other: Email |
| American InfoSource<br>4515 N Santa Fe Ave<br>Oklahoma City OK 7311 | Agent for Verizon | ☐ Hand-Delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☐ Other: Email |
| Citizens Bank<br>Attn: Managing Agent/Person Authorized<br>to Accept Service<br>One Citizens Bank Way<br>Mailstop JCA115<br>Johnston RI 02919 | Creditor | ☐ Hand-Delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☐ Other: Email |
| TOYOTA MOTOR CREDIT<br>ATTN: MANAGING AGENT/PERSON AUTHORIZED TO ACCEPT SERVICE<br>PO BOX 9013<br>ADDISON TX 75001-9013 | Creditor | ☐ Hand-Delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☐ Other: Email |

- 3 -

| | | |
|---|---|---|
| SOFI LENDING CORP<br>ATTN: MANAGING AGENT/PERSON AUTHORIZED TO ACCEPT SERVICE<br>2750 E COTTONWOOD PKWY STE 300<br>SALT LAKE CITY UT 84121-7285 | Creditor | ☐ Hand-Delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☐ Other: Email |
| Mobela/Dept of Ed<br>ATTN: MANAGING AGENT/PERSON AUTHORIZED TO ACCEPT SERVICE<br>633 Spirit Drive<br>Chesterfield, MO 63005 | Creditor | ☐ Hand-Delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☐ Other: Email |
| FedLoan Servicing<br>ATTN: MANAGING AGENT/PERSON AUTHORIZED TO ACCEPT SERVICE<br>PO BOX 69184<br>HARRISBURG PA 17106-918 | Creditor | ☐ Hand-Delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☐ Other: Email |