**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert Alvarez<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3522<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Yanirys C Diaz–Alvarez<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7972<br>EIN   __–_____ |

United States Bankruptcy Court   District of New Jersey

Case number:   20–14587–MBK

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1141(d)(5) is granted to:

Robert Alvarez                            Yanirys C Diaz–Alvarez
                                          fka Yanirys D. Diaz

11/17/25                                  **By the court:**   Michael B. Kaplan
                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in an Individual Chapter 11 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 11 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

**For more information, see page 2 >**

---

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of an individual chapter 11 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Robert Alvarez  
Yanirys C Diaz-Alvarez  
    Debtors

Case No. 20-14587-MBK  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 6  
Date Rcvd: Nov 17, 2025      Form ID: 3180RI      Total Noticed: 83

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Robert Alvarez, Yanirys C Diaz-Alvarez, 11 Beryl Court, Kendall Park, NJ 08824-1201 |
| acc | + | Jampol Kinney, Twelve Crown Plaza, Suite 103, Hazlet, NJ 07730-2441 |
| cr | + | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Wilmington Savings Fund Society, c/o Saldutti Law Group, 800 N. Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 518769295 | + | Alvarez Investments, LLC, 37 Easton Avenue, New Brunswick, NJ 08901-1830 |
| 518769302 | + | Andrea Dobin, Esq., McManimon Scotland & Baumann, LLC, 427 Riverview Plaza, Trenton, NJ 08611-3420 |
| 518769310 | | Barry Sharer, Chapter 7 Trustee, Trenton, NJ 08611 |
| 518769349 | + | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 518769348 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 518769352 | + | Glelsi/stdt Loan Xpres, 2401 International Lane, Madison, WI 53704-3121 |
| 518769401 | + | Shree at New Brunswick, LLC, c/o Barry Sharer, Ch. 7 Trustee, Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| 518769402 | + | Slexp/glhec, 2401 International Lane, Madison, WI 53704-3121 |
| 518769406 | | State Farm Financial S, Attn Credit Reporting, Bloomington, IL 61702 |
| 518769429 | + | Wilmington Savings Fund Society, 53 E Main Street, Moorestown, NJ 08057-3309 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: IRS.COM | Nov 18 2025 01:45:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 17 2025 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 17 2025 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518769293 | + | Email/Text: bankruptcycare@affinityfcu.com | Nov 17 2025 21:00:00 | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 518769294 | + | Email/Text: bankruptcycare@affinityfcu.com | Nov 17 2025 21:00:00 | Affinity Federal Credit Union, 73 Mountain View Blvd, Basking Ridge, NJ 07920-2332 |
| 518769298 | + | Email/PDF: bncnotices@becket-lee.com | Nov 17 2025 21:09:20 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518769300 | + | Email/PDF: bncnotices@becket-lee.com | Nov 17 2025 21:32:27 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518769306 | + | EDI: BANKAMER | Nov 18 2025 01:45:00 | Bank of America, Po Box 982238, El Paso, TX |

| | | | | |
|---|---|---|---|---|
| | | | | 79998-2238 |
| 518769304 | | EDI: BANKAMER | Nov 18 2025 01:45:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27410 |
| 518769308 | + | EDI: TSYS2 | Nov 18 2025 01:45:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518769309 | + | EDI: TSYS2 | Nov 18 2025 01:45:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 518769398 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 17 2025 20:59:00 | RBS Citizens Cc, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 518769399 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 17 2025 20:59:00 | RBS Citizens Cc, 1000 Lafayette Blvd, Bridgeport, CT 06604 |
| 518800051 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 17 2025 20:59:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 518769311 | + | EDI: CAPITALONE.COM | Nov 18 2025 01:45:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518769312 | + | EDI: CAPITALONE.COM | Nov 18 2025 01:45:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518769313 | + | Email/Text: collections@cjfcu.org | Nov 17 2025 20:59:00 | Central Jersey Fcu, 123 Green Street, Woodbridge, NJ 07095-3066 |
| 518769318 | + | EDI: JPMORGANCHASE | Nov 18 2025 01:45:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 518769316 | + | EDI: JPMORGANCHASE | Nov 18 2025 01:45:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 518769322 | + | EDI: CITICORP | Nov 18 2025 01:45:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518769320 | + | EDI: CITICORP | Nov 18 2025 01:45:00 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518769324 | + | EDI: CITICORP | Nov 18 2025 01:45:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518769325 | + | EDI: CITICORP | Nov 18 2025 01:45:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518769326 | + | EDI: WFNNB.COM | Nov 18 2025 01:45:00 | Comenity Bank / The Limited, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518769327 | + | EDI: WFNNB.COM | Nov 18 2025 01:45:00 | Comenity Bank / The Limited, Po Box 182789, Columbus, OH 43218-2789 |
| 518769328 | + | EDI: CITICORP | Nov 18 2025 01:45:00 | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 518769329 | + | EDI: CITICORP | Nov 18 2025 01:45:00 | Costco Anywhere Visa Card, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 518769330 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 17 2025 21:00:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518769336 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 17 2025 21:00:00 | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518769346 | | Email/Text: bankruptcycourts@equifax.com | Nov 17 2025 21:00:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 518769344 | + | Email/Text: EBN@edfinancial.com | Nov 17 2025 20:59:00 | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 518769342 | + | Email/Text: EBN@edfinancial.com | Nov 17 2025 20:59:00 | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 518769347 | | ^ MEBN | | |

Case 20-14587-MBK    Doc 108    Filed 11/19/25    Entered 11/20/25 00:16:03    Desc
Imaged Certificate of Notice    Page 5 of 8

| District/off: 0312-3 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Nov 17, 2025 | Form ID: 3180RI | Total Noticed: 83 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 17 2025 20:58:14 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 518769351 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Nov 17 2025 20:59:00 | First Mark Services, 121 South 13th Street, Lincoln, NE 68508 |
| 518769350 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Nov 17 2025 20:59:00 | First Mark Services, First Mark Services, Po Box 82522, Lincoln, NE 68501 |
| 518812082 | + | Email/Text: RASEBN@raslg.com | Nov 17 2025 20:59:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 518769405 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Nov 17 2025 20:59:00 | State Farm Financial S, 1 State Farm Plaza, Bloomington, IL 61710 |
| 518769354 | | Email/Text: EBN@Mohela.com | Nov 17 2025 20:59:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 518769355 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 17 2025 21:20:46 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518769360 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 17 2025 21:20:22 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 518769365 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 17 2025 21:20:22 | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769377 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 17 2025 21:20:35 | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769389 | | Email/Text: bkrgeneric@penfed.org | Nov 17 2025 20:59:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, Po Box 1432, Alexandria, VA 22313 |
| 518769391 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2025 20:59:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518769393 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2025 20:59:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518838055 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2025 20:59:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 518769390 | + | Email/Text: bkrgeneric@penfed.org | Nov 17 2025 20:59:00 | Pentagon Federal Credit Union, 1001 N Fairfax St, Alexandria, VA 22314-1797 |
| 518806058 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Nov 17 2025 21:00:00 | QUICKEN LOANS INC., QUICKEN LOANS INC., BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518769395 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Nov 17 2025 21:00:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 518769396 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Nov 17 2025 21:00:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 518769397 | | EDI: WFFC | Nov 18 2025 01:51:00 | Raymour & Flanigan, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 518769407 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 17 2025 20:59:00 | State of New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518844631 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Nov 17 2025 21:09:13 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121-7285 |
| 518769404 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Nov 17 2025 21:08:37 | Sofi Lending Corp, One Letterman Drive, San Francisco, CA 94129-1494 |
| 518769403 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Nov 17 2025 21:08:36 | Sofi Lending Corp, Attn: Bankruptcy, 375 Healdsburg Avenue Suite 280, Healdsburg, CA 95448-4151 |
| 518769408 | + | EDI: SYNC | Nov 18 2025 01:45:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

Case 20-14587-MBK    Doc 108    Filed 11/19/25    Entered 11/20/25 00:16:03    Desc
Imaged Certificate of Notice    Page 6 of 8

| District/off: 0312-3 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Nov 17, 2025 | Form ID: 3180RI | Total Noticed: 83 |

| | | | | |
|---|---|---|---|---|
| 518769409 | + | EDI: SYNC | Nov 18 2025 01:45:00 | Synchrony/Ashley Furniture Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518769414 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 17 2025 21:00:00 | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 518769410 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 17 2025 21:00:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 518769412 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 17 2025 21:00:00 | Toyota Financial Services, Atty: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 518769413 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 17 2025 21:00:00 | Toyota Financial Services, 111 W 22nd St, Oakbrook, IL 60521 |
| 518769415 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 17 2025 21:00:00 | Toyota Financial Services, 4 Gatehall Dr, Parsippany, NJ 07054-4518 |
| 518810205 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 17 2025 20:59:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518769416 | ^ | MEBN | Nov 17 2025 20:57:46 | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 518769422 | + | Email/Text: EDBKNotices@ecmc.org | Nov 17 2025 20:59:00 | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 518769417 | + | Email/Text: EDBKNotices@ecmc.org | Nov 17 2025 20:59:00 | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 518836419 | + | EDI: AIS.COM | Nov 18 2025 01:51:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518769428 | + | EDI: WFAUTO | Nov 18 2025 01:45:00 | Wells Fargo Dealer Services, Po Box 10709, Raleigh, NC 27605-0709 |
| 518769427 | + | EDI: WFAUTO | Nov 18 2025 01:45:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 69

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518769296 | *+ | Alvarez Investments, LLC, 37 Easton Avenue, New Brunswick, NJ 08901-1830 |
| 518769297 | *+ | Alvarez Investments, LLC, 37 Easton Avenue, New Brunswick, NJ 08901-1830 |
| 518769299 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518769301 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518769303 | *+ | Andrea Dobin, Esq., McManimon Scotland & Baumann, LLC, 427 Riverview Plaza, Trenton, NJ 08611-3420 |
| 518769307 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518769305 | * | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27410 |
| 518769314 | *+ | Central Jersey Fcu, 123 Green Street, Woodbridge, NJ 07095-3066 |
| 518769315 | *+ | Central Jersey Fcu, 123 Green Street, Woodbridge, NJ 07095-3066 |
| 518769319 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 518769317 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 518769323 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518769321 | *+ | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518769331 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518769332 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518769333 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518769334 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518769335 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518769337 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518769338 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518769339 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518769340 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |

Case 20-14587-MBK    Doc 108    Filed 11/19/25    Entered 11/20/25 00:16:03    Desc
Imaged Certificate of Notice    Page 7 of 8

| District/off: 0312-3 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Nov 17, 2025 | Form ID: 3180RI | Total Noticed: 83 |

| | | |
|---|---|---|
| 518769341 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518769345 | *+ | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 518769343 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 518769353 | * | Internal Revenue Service (IRS), Department of Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518769356 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518769357 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518769358 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518769359 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518769361 | *+ | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 518769362 | *+ | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 518769363 | *+ | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 518769364 | *+ | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 518769366 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769367 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769368 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769369 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769370 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769371 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769372 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769373 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769374 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769375 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769376 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518769382 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769383 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769384 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769385 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769386 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769387 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769388 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769378 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769379 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769380 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769381 | *+ | Naviet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518769392 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518769394 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518769411 | *+ | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 518769423 | *+ | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 518769424 | *+ | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 518769425 | *+ | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 518769426 | *+ | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 518769418 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 518769419 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 518769420 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 518769421 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 518769400 | ##+ | Saldutti Law Group, 800 Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |

TOTAL: 0 Undeliverable, 67 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-3 | User: admin | Page 6 of 6
Date Rcvd: Nov 17, 2025 | Form ID: 3180RI | Total Noticed: 83

Date: Nov 19, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian J. Schaffer | on behalf of Creditor Wilmington Savings Fund Society bschaffer@slgcollect.com anovoa@slgcollect.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Justin M Gillman | on behalf of Debtor Robert Alvarez ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Justin M Gillman | on behalf of Joint Debtor Yanirys C Diaz-Alvarez ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Rebecca K. McDowell | on behalf of Creditor Wilmington Savings Fund Society rmcdowell@slgcollect.com anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7